No. 02–1472. CHEROKEE NATION OF OKLAHOMA ET AL. *v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 10th Cir.; and
No. 03–853. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* CHEROKEE NATION OF OKLAHOMA. C. A. Fed. Cir. Certiorari granted, cases consolidated, and a total of one hour

alloted for oral argument.